IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



UNITED STATES OF AMERICA

V.                                                    CRIMINAL NO. 5:06cr25DCBJCS

RONCEDRIC D. WEEKLY

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court

endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses

Count 1 of the Criminal Indictment against RONCEDRIC D. WEEKLY without prejudice.

DUNN LAMPTON
United States Attorney

By:

SANDRA G. MOSES
Assistant U.S. Attorney
GA Bar No. 283815

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 5ᵗʰ day of February, 2007.

UNITED STATES DISTRICT JUDGE